THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EBEN MASON, Appellant.

Submitted March 1, 1953; decided March 11, 1953.

*Domenick L. Gabrielli, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES J. MORAN, Appellant.

Submitted March 1, 1954; decided March 11, 1954.

Motion for reargument denied.   [See 306 N. Y. 662.]